UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**84 LUMBER COMPANY**                                                      **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 3:07cv00041-DPJ-JCS**

**FIRST FINANCIAL INSURANCE COMPANY**              **DEFENDANT**

**VS.**

**84 LUMBER COMPANY, KARL RICHARDSON, REGENCY TRANSPORT SERVICES, INC., ANTHONY THORNTON, BRIDGEFIELD CASUALTY INSURANCE COMPANY, AND JOHN DOES 1-10**              **THIRD-PARTY DEFENDANTS/ COUNTERCLAIM DEFENDANTS**

## JUDGMENT

For the reasons given on the record, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of First Financial Insurance Company and against 84 Lumber Company.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of June, 2008.

                                                         s/ *Daniel P. Jordan III*
                                                         UNITED STATES DISTRICT JUDGE